In the Matter of the Contested Claim of IDA B. MODDLE in the Accounting in the Estate of ELBERT LAYTON, Deceased, Appellant. CHARLES WILLIAMS, as Executor, etc., Respondent.— Order and decree of the Surrogate's Court of Suffolk county affirmed, without costs. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

In the Matter of Supplementary Proceedings: JOHN HENRY EUGENE SAND, Appellant, v. SAMUEL TITLE, Respondent.— Order reversed, with ten dollars costs and disbursements, and defendant's motion denied, with ten dollars costs. The matters in the debtor's affidavit were not available after judgment. The order under review deprives the lessor of his future security for the unexpired lease, as well as of a substantial part of the judgment itself. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

PAUL W. F. LINDNER, Appellant, v. FELIX REIFSCHNEIDER, JR., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

CELIA LYON, Appellant, v. THOMAS GILLERAN and ROSE GILLERAN, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

RICHARD S. NEWCOMBE and C. JOHN EPPIG, as Administrators, etc., of JOSEPH EPPIG, Deceased, Substituted in Place of THEODORE C. EPPIG, Deceased, Individually and as Executor, etc., of JOSEPH EPPIG, Deceased, Respondents, v. OTTO GRUHN, Appellant.— Judgment reversed, and with it the 12th finding of fact and all the conclusions of law, and found that on January 26, 1915, the vendor did not have and could not convey marketable title, and failed to perform the contract; the former judgment is such adjudication of the facts and law as precludes the relief asked in this action. Complaint dismissed, with costs to the defendant. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

SIDNEY A. RIESS, as Temporary Administrator, etc., of AUGUST F. SCHRADER, Deceased, Appellant, v. GUSTAVE C. C. SCHRADER and MARY SCHRADER, Respondents, and the CITY OF NEW YORK, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

HERMAN ROSITZKE, Respondent, v. GEORGE WILLIAM MEYER, Individually, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

FRANCIS TRETTEL, Respondent, v. JACOB RUPPERT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.